IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW GOFORTH, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 23-03167-CV-S-DPR |
| TRANSFORM HOLDCO LLC, et al., | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On June 6, 2023, Plaintiffs filed this civil action against four Defendants. Per Rule 4(m) of the Federal Rules of Civil Procedure, "if a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Accordingly, Plaintiffs were required to serve all four Defendants on or before September 5, 2023. To date, however, proof of service has not been filed as to Defendant Transform Holdco LLC.

Therefore, on or before September 15, 2023, Plaintiffs shall show cause in writing as to why the Court should not dismiss the action without prejudice against Transform Holdco LLC. Failure to show cause will result in the transfer of this action to a district judge for dismissal without further notice.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: September 6, 2023